UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL J. NOIL 50814-96** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1743** |
| **STATE OF LOUISIANA DIVISION OF PROBATION AND PAROLE** | **SECTION "A" (1)** |

### RESPONDENT'S MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE SUPPLEMENTAL DOCUMENTATION

NOW INTO COURT, through the undersigned assistant district attorney, comes the respondent, who respectfully moves for leave of court to file documentation into the record in the above-captioned case.

The respondent submits that the attached document, a letter dated January 14, 2009, is relevant to the claim currently before the Court. Specifically, the letter evidences that on January 14, 2009, the Jefferson Parish District Attorney's Office refused the armed robbery charge under Item No. G-50814-96. (*See* attached letter). As such, the issue of the detainer related to this charge is in the process of being rendered moot.[1]

---

[1] The respondent is not abandoning its objection as to lack of exhaustion.

A *Report and Recommendation* has not been issued in this matter to date.  Therefore, the respondent respectfully moves for leave of court to file the attached supplemental document.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant the respondent leave to file the supplemental document into the record in the above-captioned case.

Respectfully Submitted,


/s/ Andrea F. Long
ANDREA F. LONG   #24157
ASSISTANT DISTRICT ATTORNEY
200 DERBIGNY STREET
GRETNA, LOUISIANA 70053
(504) 368-1020


**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing document and the notice of electronic filing has been served upon the following non-CM/ECF participant:

Michael J. Noil  25331-034
U.S. Penitentiary - Beaumont
Inmate Mail/Parcels
P. O. Box 26030
Beaumont, TX 77720

by placing same in the United States mail, postage prepaid, this 16th day of January, 2009.


/s/ Andrea F. Long
ANDREA F. LONG

2