## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL J. NOIL 50814-96** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1743** |
| **STATE OF LOUISIANA DIVISION OF PROBATION AND PAROLE** | **SECTION "A" (1)** |

## ORDER

Considering the *Respondent's Motion and Incorporated Memorandum for Leave of Court to File Supplemental Documentation*;

**IT IS HEREBY ORDERED** that the motion be **GRANTED** and that the letter dated January 14, 2009 be filed into the record in the above-captioned case.

New Orleans, Louisiana, this __29th__ day of __January__, 2009.

_____
United States Magistrate Judge