

# PAUL D. CONNICK, JR.
### DISTRICT ATTORNEY
TWENTY-FOURTH JUDICIAL DISTRICT
PARISH OF JEFFERSON
STATE OF LOUISIANA

January 14, 2009

STEPHEN T. WIMBERLY
FIRST ASSISTANT
DISTRICT ATTORNEY

200 DERBIGNY STREET
GRETNA, LA 70053
PHONE: (504) 368-1020

To Whom It May Concern:

RE:    State of Louisiana
        vs. Michael Noil

     Charge(s):    R.S. 14:64 Armed Robbery

     Item #:    G-50814-96

     Refusal Date: 01-14-09

Please be advised that the charge against the above referenced individual has been refused by this office.

Very Truly Yours,

*[signature]*
Assistant District Attorney