UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL J. NOIL 50814-96** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1743** |
| **STATE OF LOUISIANA DIVISION OF PROBATION AND PAROLE** | **SECTION "A" (1)** |

### RESPONDENT'S SECOND MOTION AND INCORPORATED MEMORANDUM FOR LEAVE OF COURT TO FILE SUPPLEMENTAL DOCUMENTATION

NOW INTO COURT, through the undersigned assistant district attorney, comes the respondent, who respectfully moves for leave of court to file documentation into the record in the above-captioned case.

The respondent submits that the attached documentation, which is fax dated April 7, 2009 and pertains to the release of the detainer under Item No. G-50814-96, is relevant to the claim currently before the Court.  A  *Report and Recommendation* has not been issued in this matter to date.  Therefore, the respondent respectfully moves for leave of court to file the attached supplemental document.

WHEREFORE, the undersigned respectfully requests that this Honorable Court grant the respondent leave to file the supplemental document into the record in the above-captioned case.

                              Respectfully Submitted,

                              /s/ Andrea F. Long
                              ANDREA F. LONG   #24157
                              ASSISTANT DISTRICT ATTORNEY
                              200 DERBIGNY STREET
                              GRETNA, LOUISIANA 70053
                              (504) 368-1020

**CERTIFICATE OF SERVICE**[1]

I do hereby certify that a copy of the foregoing document and the notice of electronic filing has been served upon the following non-CM/ECF participant:

> Michael J. Noil  25331-034
> U.S. Penitentiary - Beaumont
> Inmate Mail/Parcels
> P. O. Box 26030
> Beaumont, TX 77720
>
> Michael J. Noil  25331-034
> U.S. Penitentiary - Big Sandy
> Inmate Mail/Parcels
> P. O. Box 2068
> Inez, KY 41224

by placing same in the United States mail, postage prepaid, this 17th day of April, 2009.

/s/ Andrea F. Long
ANDREA F. LONG

---

[1] Current information indicates that the petitioner, Michael J. Noil, has been transferred to a new federal penitentiary. The petitioner has not undertaken to file a change of address with the Court as of this date. Out of an abundance of caution, the undersigned is mailing a copy of the instant filing to both the new address (Big Sandy Penitentiary) and the address on file with the Court (Beaumont Penitentiary).