# Newell Normand SHERIFF



## JEFFERSON PARISH SHERIFFS OFFICE
## EXTRADITION / FUGITIVE SECTION

DATE    04/07/09

TO    ANDREA LONG

FROM:   SGT GUY GERHARDT, EXTRADITION OFFICER

NUMBER OF PAGES   (3) TOTAL

REF:  NOIL, MICHAEL J.   B/M  09/22/66

SUBJECT HAS BEEN TRANSFERRED TO BIG SANDY PRISON, KENTUCKY. HERE ARE THE RELEASE PAPERS THAT I FAXED OVER TO THAT FACILITY.

TELECOPY PHONE NUMBER:  504/376-2580
IF YOU HAVE ANY PROBLEMS RECEIVING, PLEASE CALL  504/376-2586

CONTACT PERSON   SGT. GUY GERHARDT / EXTRADITION OFFICER
1233 WESTBANK EXPRESSWAY  BLD.A
HARVEY, LA  70058

PHONE: 504/376-2586
FAX:   504/376-2580                    TELETYPE   LA/0260000

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION CONTAIN INFORMATION, WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENTS SHOULD BE RETURNED TO THIS OFFICE IMMEDIATELY.  IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.

# Newell Normand SHERIFF



## JEFFERSON PARISH SHERIFFS OFFICE
## EXTRADITION / FUGITIVE SECTION

DATE    04/07/09

TO    MS. SLONE

FROM:    SGT GUY GERHARDT, EXTRADITION OFFICER

NUMBER OF PAGES    (2) TOTAL

REF:    NOIL, MICHAEL J.    B/M    09/22/66

**PLEASE RELEASE OUR DETAINER ON ITEM#G-50814-96 FOR ARMED ROBBERY. OUR DA'S OFFICE REFUSED THAT CHARGE. DO NOT HOLD FOR THIS AGENCY.**

TELECOPY PHONE NUMBER:    504/376-2580
IF YOU HAVE ANY PROBLEMS RECEIVING, PLEASE CALL    504/376-2586

CONTACT PERSON    SGT. GUY GERHARDT / EXTRADITION OFFICER
1233 WESTBANK EXPRESSWAY    BLD.A
HARVEY, LA 70058

PHONE: 504/376-2586
FAX:    504/376-2580                TELETYPE    LA/0260000

THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION CONTAIN INFORMATION, WHICH IS CONFIDENTIAL AND/OR LEGALLY PRIVILEGED AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENTS SHOULD BE RETURNED TO THIS OFFICE IMMEDIATELY. IN THIS REGARD, IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO WE CAN ARRANGE FOR THE RETURN OF THE ORIGINAL DOCUMENTS TO US AT NO COST TO YOU.



# PAUL D. CONNICK, JR.
### DISTRICT ATTORNEY
TWENTY-FOURTH JUDICIAL DISTRICT
PARISH OF JEFFERSON
STATE OF LOUISIANA

January 14, 2009

STEPHEN T. WIMBERLY
FIRST ASSISTANT
DISTRICT ATTORNEY

200 DERBIGNY STREET
GRETNA, LA 70053
PHONE: (504) 368-1020

To Whom It May Concern:

RE:  State of Louisiana
     vs. Michael Noil

   Charge(s):   R.S. 14:64 Armed Robbery

   Item #:     G-50814-96

   Refusal Date: 01-14-09

Please be advised that the charge against the above referenced individual has been refused by this office.

Very Truly Yours,

Assistant District Attorney