UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL J. NOIL                                      CIVIL ACTION

versus                                               NO. 08-1743

STATE OF LOUISIANA DIVISION                          SECTION: "A" (1)
OF PROBATION AND PAROLE

### O R D E R

In this proceeding, petitioner, a federal prisoner, alleges that the Louisiana Department of Public Safety and Corrections ("LDPSC") placed a detainer on him based on an allegation that, as a result of a parole violation, he still has time to serve on his 1984 state conviction and sentence. He further alleges that "he was told by the authorities of the State of Louisiana that the detainer will be null and void since the State of Louisiana violated Petitioner's Due Process of law by not timely and respectively providing him a Revocation Hearing to violate him or continue his parole." As relief, he requests that he be afforded an immediate hearing on his alleged parole violation or, alternatively, that the parole proceeding be dismissed.

At this Court's direction, the District Attorney for the Parish of Jefferson filed a response in this proceeding. However, upon careful review of the filings in this matter, it appears that petitioner is not challenging the separate detainer filed by parish authorities regarding a 1996 armed robbery charge which was subsequently refused by the District Attorney. Instead, it appears that he is

challenging only the detainer filed by the LDPSC regarding the alleged parole violation which was apparently based on his federal bank robbery conviction.[1]  Therefore, to assist the Court to better understand the status of the LDPSC detainer and parole revocation proceedings, the Court finds that it is necessary for the Attorney General and/or the Secretary of the LDPSC to also respond to the instant petition concerning the LDPSC detainer.

Accordingly,

**IT IS ORDERED** that the Clerk of Court serve, by certified mail, a copy of petitioner's application and this Order on the Attorney General for the State of Louisiana and the Secretary of the Louisiana Department of Public Safety and Corrections.

**IT IS FURTHER ORDERED** that the Attorney General and the Secretary of the Louisiana Department of Public Safety and Corrections file an answer to the application, together with a legal memorandum of authorities in support of the answer, within thirty (30) days of the date of service. **The answer shall indicate whether petitioner has exhausted state remedies and shall assert any procedural defenses not waived by the state.**

**IT IS FURTHER ORDERED** that the Attorney General and the Secretary of the Louisiana Department of Public Safety and Corrections file with the Court, within thirty (30) days of the entry of this order, a certified copy of the entire administrative and state court records, if any, relating to petitioner's parole revocation.

It appears that petitioner has been transferred to a different facility and may now be

---

[1] The detainer issue by parish officials has now been lifted.  It appears that the LDPSC detainer may still be in effect.

incarcerated in Kentucky. Therefore, out of an abundance of caution, the Clerk of Court is **ORDERED** to send a copy of this Order to petitioner both at his address of record and at the following address: Michael Joseph Noil, Register # 25331-034, USP Big Sandy, U.S. Penitentiary, P.O. Box 2068, Inez, KY 41224.

If petitioner's address has in fact changed to Kentucky or elsewhere, he is **ORDERED** to file a written change of address into this federal record within fifteen days.

New Orleans, Louisiana, this twenty-first day of April, 2009.

　　　　　　　　　　　　　　　　　　　　
**SALLY SHUSHAN**
**UNITED STATES MAGISTRATE JUDGE**

---

**CLERK TO SERVE:**

Office of the Attorney General, P.O. Box 94005, Baton Rouge, Louisiana 70804

Secretary of the Louisiana Department of Public Safety and Corrections, P.O. Box 94304, Baton Rouge, Louisiana 70804-9304