### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL J. NOIL** (D.O.C. #108854) | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-1743  SECTION "A"(1)** |
| **STATE OF LOUISIANA, DIVISION OF PROBATION AND PAROLE** | **DISTRICT JUDGE JAY C. ZAINEY** **MAGISTRATE SALLY SHUSHAN** |

**************************************************************************

### MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes the Respondent, the Louisiana Department of Public Safety and Corrections ("Department"), who in response to Petitioner's Complaint file this Motion for Summary Judgment pursuant to FRCP Rule 56 on the following grounds:

1.

Petitioner has filed this suit pursuant to 28 U.S.C. § 2241 requesting federal habeas corpus relief.

2.

Although there is no statutory exhaustion requirement, controlling case law and principles of federalism and comity require that Petitioner must first exhaust his state court remedies before seeking federal habeas corpus relief under 28 U.S.C. § 2241.

3.

Petitioner has failed to exhaust the state court remedies available to him with respect to the allegations in his request for habeas corpus relief.

4.

Petitioner has failed to seek appellate review and/or seek writs with the Louisiana Supreme Court which respect to the allegations presented in his request for habeas relief.

5.

Petitioner is procedurally barred from requesting federal habeas corpus relief due to his failure to exhaust available state court remedies.

6.

As shown from the pleadings and from the attached Statement of Undisputed Facts and Affidavit, there is no genuine issue of material fact with respect to the exhaustion requirement.

9.

The Respondent is entitled to a judgment in their favor as a matter of law.

**WHEREFORE,** Respondent prays that this Motion be granted and this action against Respondent be dismissed without prejudice at Petitioner's cost.

Respectfully submitted,

*/s/ Jonathan R. Vining*
**JONATHAN R. VINING (#30781)**
Attorney for the Secretary
LA Department of Public Safety &
Corrections
P.O. Box 94304, Capitol Station
Baton Rouge, La. 70804-9304
Telephone:    (225) 342-6728
Facsimile:     (225) 342-3278
Email: jvining@corrections.state.la.us

## Certificate of Service

**I HEREBY CERTIFY** that a copy of the above and foregoing Motion for Summary Judgment, Memorandum in Support, Statement of Undisputed Facts, and Proposed Order were filed electronically with the Clerk of Court by using the CM/ECF system.  I further certify that a copy of the foregoing document(s) and notice of electronic filing has been served upon the Petitioner to this proceeding by placing same in the United States Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana this 18th day of May, 2009.

/s/ *Jonathan R. Vining*
Jonathan R. Vining