

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL J. NOIL<br>(D.O.C. #108854) | CIVIL ACTION |
| VERSUS | NO. 08-1743   SECTION "A"(1) |
| STATE OF LOUISIANA, DIVISION<br>OF PROBATION AND PAROLE | DISTRICT JUDGE JAY C. ZAINEY<br>MAGISTRATE SALLY SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

## AFFIDAVIT

**BEFORE ME**, the undersigned Notary, personally came and appeared:

### RHONDA Z. WELDON

who after first being duly sworn, did depose and say that:

**1.**

She is employed by the Department of Public Safety and Corrections, Corrections Services, as Paralegal, Office of the Secretary, Legal Services.

**2.**

She personally accepts service of each lawsuit in which the Department is made a party, and she is certified in Westlaw and LexisNexis legal research services.

**3.**

The Department of Public Safety and Corrections maintains records of all requests by prisoners for relief through the Corrections Administrative Remedy Procedure, from the initial request at the institution level through the final response by the Secretary;

**4.**

After a thorough review of the Department's records, she has determined that Petitioner has *never* filed a single request for administrative remedy with the Department regarding any issue(s), including those issues presented in the above-entitled and numbered cause of action.

**5.**

After a thorough review of the Department's records and relevant legal research services, she is unable to locate *any* suit filed in a state court by or on behalf of Plaintiff regarding the issues presented in the above-entitled and numbered cause of action.[1]

**6.**

The Department has no record of, nor can the Department locate evidence attesting to the fact, that Petitioner has sought review of the issues he presents with the Supreme Court of Louisiana as required before requesting federal habeas corpus relief under 28 U.S.C. § 2241.

The above is true and correct to the best of her information, knowledge, and belief.

_____
RHONDA Z. WELDON

**SWORN TO AND SUBSCRIBED** before me, Notary, on this <u>14TH</u> day of <u>MAY</u>, 2009, at Baton Rouge, Louisiana.

_____
JONATHAN R. VINING
NOTARY PUBLIC
State of Louisiana
LA Bar #30781
My Commission expires at death

---

[1] In fact, Plaintiff has never filed against the Department for any reason whatsoever.