```
DATE: 05/14/09           DPS&C CORRECTIONS SERVICES                    CINQMAS
TIME: 13:58:16656        CAJUN II - MASTER RECORD INQUIRY         SCREEN 1 OF 3
                           P E R S O N A L   D A T A
LAST NAME...:   NOIL               FIRST..:   MICHAEL         MI:
SUFFIX......:                      ADDRESS:   2827 CARVER ST
CITY........:   ALGIERS            STATE..:   LA     ZONECODE:
ZIPCODE.....:   70114-             PHONE.....:   (504) 367-3460
RACE........:   BLACK              SEX.......:   MALE
BIRTH DATE..:   09/22/1966         BIRTH CITY:   NEW ORLEANS
BIRTH STATE.:   LOUISIANA          DOC NUMBER:   00108854
CVNR........:        DNA:     TEST DATE:        STRIKE:    NO
TRANSFER DATE:  02/03/2009    SUPV:     A    REASON...:   REVOC OF SUPV/NEW F
ASSIGNED LOC.:  OAS/SOUTH JAILS              PHYS. LOC:   U.S. MARSHAL
DETAINER..:                   NCIC FLASH:   NO    WARRANT..:
TOTAL DOC....:  0200000                      GT DATE..:   NOT ELIGIB
FTD DATE.....:  01/05/2004                   GT ACT...:   ACT 848
DS DATE......:  05/12/1994  ( GTPS )         P&P MAX..:
PAROLE ELG DT:  NOT ELIGIB                   PROB EXP.:
EMER CONTACT.:  ANITA NOIL                   PHONE....:   (504) 394-5170
STATUS:   ACTIVE ONLINE       ALIAS:   NO    AGENT:   HARVEY D    BRYANT
PRECLASS STATUS:  N      XMIT FROM HERE->
 F2=RETURN TO MENU   F3=CINQMAS   F4=RETURN TO NAME LIST   F5=CINQALIAS   F7=STRIKE
```

A TRUE COPY
Department of Public Safety
and Corrections
#30781
Notary Public
5/18/09
Date

EXHIBIT
DOC Ex. 2
"in globo"

```
DATE: 05/14/09              DPS&C CORRECTIONS SERVICES                    CINQOFF
TIME: 13:59:16656   CAJUN II - COURT OFFENSE RECORD SUMMARY SCREEN  1 OF  1
NOIL, MICHAEL                       B/M      DOC#:    00108854    SID#:    001211557
ASGN LOC:   6002-OAS/SOUTH JAILS             PHYS LOC:    5013-U.S. MARSHAL
   CVNR...:
   CRT   COURT         -----OFFENSE-------- ACT OFFENSE    IMPOSED     PROBATE    HOW   SEQ
   CDE   DOCKET    MOD  STATUTE         CNT FLG DATE       LENGTH      LENGTH     CAR   NUM

_  111   300090         14:64           002     19841230   0200000                AG    001
_  111   299604         14:62.2         001     19840107   0070000                AG    004
_  111   299604    A    14:42           001     19840107   0200000                AG    003
_  111   299604    A    14:64           001     19840107   0120000                AG    002
_  024   841042         14:65           001     19840102   0070000                AG    006
_  024   841042         14:65           001     19840102   0200000                AG    005

          F2=MENU    F3=ROLL BACKWARD     F4=ROLL FORWARD       F5=DOCKETS

       TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY    OFFENSE RECORD
```

A TRUE COPY
Department of Public Safety
and Corrections
#30781
Notary Public
5/18/09
Date

```
DATE: 05/18/09              DPS&C CORRECTIONS SERVICES                CINQTRN
TIME: 14:00:16656        CAJUN II - TRANSFER RECORD INQUIRY     SCREEN 1  OF  1
NOIL, MICHAEL                    B/M   DOC#:   00108854    SID#:    001211557
ASGN LOC:   6002-OAS/SOUTH JAILS       PHYS LOC:    5013-U.S. MARSHAL

       ASSIGNED                PHYSICAL             REASON     FROM
       LOCATION                LOCATION             CODE       DATE

   _   C PAUL PHELPS CORR C    C PAUL PHELPS CORR C  A401     19890814
   _   RAYBURN CORR CENTER     RAYBURN CORR CENTER   A401     19920824
   _   NEW ORLEANS WEST DIS    NEW ORLEANS WEST DIS  G301     19940512
   _   NEW ORLEANS WEST DIS    ORLEANS PP            G603     19960816
   _   OAS/SOUTH FEDERAL       U.S. MARSHAL          A403     19970402
   _   NEW ORLEANS DISTRICT    U.S. MARSHAL          G308     20070501
   _   OAS/SOUTH JAILS         U.S. MARSHAL          A303     20090203

   F2=MENU   F3=ROLL BACKWARD   F4=ROLL FORWARD   F5=STATUS INQUIRY   F6=CAJ1 TRNS
           F7=RESORT IN DESCENDING ORDER     F8=CADDTRN     F9=CMODTRN
       TAB TO THE APPROPRIATE LINE AND XMIT TO   DISPLAY    TRANSFER RECORD
```

A TRUE COPY
Department of Public Safety and Corrections

# 30781

Notary Public

5/18/09
Date

Bobby Jindal
Governor



James M. Le Blanc
Secretary

## State of Louisiana
### Department of Public Safety & Corrections
### Louisiana Parole Board

02/03/2009

Michael Noil
DOC #108854
Headquarters District

Dear Michael Noil:

The Parole Board has reviewed the violation report advising that you have been convicted of a felony while on parole.

Your parole has been revoked as provided by law under R.S. 15:574.10. The revocation is for the remainder of your sentence as of the date of your release on parole. You will not be entitled to a revocation hearing as per State of Louisiana ex rel. Theda Bertrand vs. Hunt, 325 So. 2d 788 (La. 1976).

Sincerely,

C. A. Lowe, Jr.
Parole Board Chairman

Cc:   Sheriff's Office
      Rhonda Kling - EHCC ARDC
      Date Made Available:

A TRUE COPY
Department of Public Safety
and Corrections
# 30781
Notary Public
5/18/09
Date

Created by & Date: TERRY SANDERS 07/16/2007
Edited by: TERRY SANDERS/CORRECTIONS

| Name | Michael Noil |
|---|---|
| DOC# | 108854 |
| Current Agent | Terry Sanders |

Type Contact:      Administrative      Significant Event:
Contact Date       04/30/2007

Narrative    Parole Detainer Letter sent to the FBP.  NFC- Armed Robbery and Possession of Firearm During Bank Robbery   offense date  08/13/1996   total sentence 248 months FBP.

A TRUE COPY
Department of Public Safety
and Corrections
# 30781
Notary Public
5/18/09
Date