## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**MICHAEL J. NOIL**                                             **CIVIL ACTION**

**versus**                                                        **NO. 08-1743**

**STATE OF LOUISIANA**                                 **SECTION: "A" (1)**
**DIVISION OF PROBATION AND PAROLE**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that respondent's motion for summary judgment is **GRANTED** and that the federal petition of **Michael J. Noil** for *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 17th day of July, 2009.

_____
UNITED STATES DISTRICT JUDGE